LAWRENCE G. BROWN
Acting United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:02CR5205 AWI |
| Plaintiff, | ) MOTION AND ORDER FOR |
| | ) DISMISSAL OF INDICTMENT |
| v. | ) |
| JORGE IBARRA RAMOS, | ) |
| Defendant. | ) |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment, against JORGE IBARRA RAMOS, in the interest of justice and without prejudice.

DATED: February 23, 2009                    Respectfully submitted,

                                            LAWRENCE G. BROWN
                                            Acting United States Attorney

                                            By   /s/ Sheila K. Oberto
                                                 SHEILA K. OBERTO
                                                 Assistant U.S. Attorney

1

```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SHEILA K. OBERTO
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7            IN THE UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      ) CASE NO.1:02CR5205 AWI
                                   )
11            Plaintiff,           ) ORDER FOR
                                   ) DISMISSAL OF INDICTMENT
12       v.                        )
                                   )
13  JORGE IBARRA RAMOS,            )
                                   )
14            Defendant.           )
                                   )
15                                 )
```

16     IT IS HEREBY ORDERED, that the Indictment against JORGE

17 IBARRA RAMOS, be dismissed in the interest of justice and without

18 prejudice.

19

20 IT IS SO ORDERED.

21 **Dated:   February 23, 2009**            /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

2